AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

MIDDLE _____ District of ALABAMA

Elisha James

v.

ThermaSys Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-768-ID

TO: (Name and address of Defendant)

ThermaSys Corporation
2760 Gunter Park Drive, West
Montgomery, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amardo Wesley Pitters, Esq.
A. Wesley Pitters, P.C.
1145 South Perry Street
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              9/5/06

CLERK                                          DATE

(By) DEPUTY CLERK