IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELISHA JAMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:06cv-768-ID |
| ) | |
| THERMASYS CORPORATION ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

**COME NOW** the Parties, by and through their counsel of record, and notify the Court that they have agreed on terms and conditions for a settlement of all matters in dispute between them. This settlement is subject to approval by the United States Bankruptcy Court for the Middle District of Alabama, Northern Division due to the fact that Plaintiff has a pending Chapter 13 Bankruptcy. The Parties will notify the Court as soon as the Bankruptcy Court issues its ruling.

Respectfully submitted on this the 27th day of July, 2007.

| | |
|---|---|
| s/ Henry C. Barnett, Jr. | s/Amardo Wesley Pitters |
| HENRY C. BARNETT, JR. (BAR037) | Amardo Wesley Pitters |
| *ATTORNEY FOR DEFENDANT* | Alabama State Bar 8998-T64A |
| CAPELL & HOWARD, P. C. | A. WESLEY PITTERS, P.C. |
| 150 South Perry Street (36104) | 1145 South Perry Street |
| Post Office Box 2069 | P.O. Box 1973 |
| Montgomery, AL 36102-3069 | Montgomery, Alabama 36102-1973 |
| hcb@chlaw.com | awpitters@pitterslawfirm.com |

1096846