IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELISHA JAMES )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THERMASYS CORPORATION )<br>)<br>    Defendant. ) | Civil Action No.: 2:06cv-768-ID |

## JOINT STIPULATION FOR DISMISSAL

**COME NOW** the Parties, by and through their counsel of record, and move this Court to dismiss the above-styled case with prejudice, and with each party to bear its own costs.

Respectfully submitted on this the 5th day of September, 2007.


s/ Henry C. Barnett, Jr.
HENRY C. BARNETT, JR. (BAR037)
*ATTORNEY FOR DEFENDANT*
CAPELL & HOWARD, P. C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-3069
hcb@chlaw.com

s/Amardo Wesley Pitters
Amardo Wesley Pitters
Alabama State Bar 8998-T64A
A. WESLEY PITTERS, P.C.
1145 South Perry Street
P.O. Box 1973
Montgomery, Alabama 36102-1973
awpitters@pitterslawfirm.com

1096845