IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELISHA JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv768-ID |
| | ) |
| THERMASYS CORP., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Based upon the Joint Stipulation for Dismissal, filed by the parties on September 5, 2007, (Doc. No. 9), it is ORDERED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with each party to bear his and its own costs.

Done this 12th day of September, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE